UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:                                                                  Case No. HL 05-06950

**TODD M. LACOSSE,**                                          Chapter 7; Filed: 5/13/05

    Debtor.                                                            Hon. Jeffrey R. Hughes
_____/

## PETITION FOR APPOINTMENT OF COUNSEL

The Petitioner, Thomas C. Richardson, states as follows:

1. He is the duly appointed, acting and qualified Trustee in the above-captioned case.

2. There are legal issues in connection with the administration of this estate which, in the opinion of the Trustee, require that he be represented by attorneys in the practice of bankruptcy law and specifically litigation, including the following:

    A. Seeking turnover and recovery of non-exempt property of the estate; and

    B. General aid and counsel to the Trustee with regard to whatever other issues may arise during the administration of this case.

3. The Trustee requests authority to retain Andrew J. Gerdes and the firm of Andrew J. Gerdes, PLC to represent him in this case pursuant to 11 U.S.C. § 327 and for compensation pursuant to 11 U.S.C. § 328.

4. The rates to be charged by the applicant are as follows: contingent fees of 35% of all sums collected, plus reimbursement for all necessary expenses. All compensation of the firm will be subject to the Trustee's review and approval, and submitted to the Court for approval in accordance with applicable provisions of the Bankruptcy Code and related Rules.

5.  The Trustee has reviewed this case and the representation with the proposed attorney. After that review, it has been agreed as follows:

    A.  The Trustee does not believe that the proposed attorney has or had any connection with the Debtor, its creditors, any other party-in-interest, their respective attorneys, the United States Trustee, or any person employed in the Office of the United States Trustee, which would or did present a conflict or impair his ability to represent the Trustee in this case.

    B.  The Trustee and his proposed attorney reviewed the file, available documentation and the proposed representation and determined that, barring unforeseen circumstances, the only issues in this case were outlined in paragraph 2.A. above.

    C.  The proposed attorney shall be mindful of the goal to return funds for the benefit of creditors, and shall represent the Trustee in accordance with such goal.

WHEREFORE, the Trustee respectfully prays that he be authorized to employ Andrew J. Gerdes and the firm of Andrew J. Gerdes, PLC to represent him generally as his counsel in the administration of the above estate.

Respectfully Submitted,

Dated: July 21, 2009

/s/ Thomas C. Richardson
Thomas C. Richardson
Trustee for Todd M. LaCosse
Case No. HL 05-06950